# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.**                                      **CRIMINAL ACTION NUMBER: 3:10CR-75-JHM**

**AMANDA LEE ANNE MORELAND - 06**                             **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The proceedings were recorded by Dena Legg, Official Court Reporter. The Defendant, by consent and with David S. Mejia, appointed counsel, appeared before me on December 20, 2011, and entered pleas of guilty as to Counts 1 and 2 of the Indictment without a plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain under the terms and conditions of her present bond pending sentencing before the District Court on **April 2, 2012 at 11:00 a.m**., in Louisville, Kentucky.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 30